HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
ROLAND BAIN

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>ROLAND EDWARD BAIN,<br><br>          Defendant. | Case No. 2:25-CR-205-TLN<br><br>**STIPULATION RE: DETENTION AND VACATE HEARING; [~~PROPOSED~~ FINDINGS AND ORDER]**<br><br>Date:  September 12, 2025<br>Time:  2:00 p.m.<br>Judge: Hon. Jeremy D. Peterson |

## I.

## **STIPULATION**

1. An Indictment was filed on August 28, 2025. ECF no. 1.

2. On September 5, 2025, Mr. Bain was arraigned. ECF no. 4. The government moved for detention. *Id*. The Court granted Mr. Bain's request to continue the Detention Hearing to September 12, 2025.

3. At this time, Mr. Bain submits on the issue of detention.

4. Based on Mr. Bain's submission, the parties agree that it is appropriate for the Court to enter an order detaining Mr. Bain on the basis of danger and flight without prejudice. The parties also jointly request to vacate the September 12, 2025 Detention Hearing.

IT IS SO STIPULATED.

////

////

STIPULATION                                     -1-                                     *United States v. Bain*,
                                                                                         2:25cr205-TLN

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| | | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 10, 2025 | | */s/ Hootan Baigmohammadi*<br>HOOTAN BAIGMOHAMMADI<br>Assistant Federal Defender<br>Attorneys for Defendant<br>ROLAND BAIN |
| Date: September 10, 2025 | | ERIC GRANT<br>United States Attorney |
| | | */s/ Douglas Harman*<br>DOUGLAS HARMAN<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

STIPULATION      -2-      *United States v. Bain*, 2:25cr205-TLN

**O R D E R**

The court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation, and orders Mr. Bain detained as a flight risk and as a danger, for the reasons stated in the pretrial services report dated September 5, 2025.

IT IS SO ORDERED.

Dated:   September 10, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE