HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Bain

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ROLAND EDWARD BAIN, <br><br> Defendant. | Case No. 2:25-cr-205-TLN <br><br> **STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME** <br><br> Date: October 23, 2025 <br> Time: 9:30 a.m. <br> Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Douglas Harman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Roland Edward Bain, that the currently scheduled Status Hearing set for October 23, 2025 be continued to **December 18, 2025 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On August 28, 2025, Mr. Bain was arraigned on charges of sexual exploitation of a minor.
2. The government has produced 468 pages and fourteen native files of discovery.
3. Mr. Bain moves to continue the State Conference to the above-mentioned date. Defense needs additional time to review the discovery and investigate the case. This is Mr. Bain's first request to continue the Status Conference.

4. The government does not object to Mr. Bain's request.

5. For the purpose of computing time under 18 U.S.C. § 3161 et seq. (Speedy Trial Act), the parties request that the time period between October 23, 2025 and December 18, 2025, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Bain in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: October 20, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Bain

Date: October 20, 2025

ERIC GRANT
Acting United States Attorney

/s/ Douglas Harman
DOUGLAS HARMAN
Assistant United States Attorney
Attorneys for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: October 20, 2025

_____
Troy L. Nunley
Chief United States District Judge