HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Bain

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:25-cr-205-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | Date: December 11, 2025 |
| ROLAND EDWARD BAIN, | Time: 9:30 A.M. |
| Defendant. | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Douglas Harman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Roland Edward Bain, that the currently scheduled Status Hearing set for December 11, 2025 be continued to **January 15, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. On August 28, 2025, Mr. Bain was arraigned on charges of sexual exploitation of a minor.

2. The government has produced 468 pages and fourteen native files of discovery.

3. Mr. Bain moves to continue the Status Conference to the above-mentioned date. Defense counsel was out of the office for two weeks in November in addition to the Thanksgiving holiday. He is also preparing for trial in another case. The

defense needs additional time to review discovery and investigate in the instant case.

4. The government does not object to Mr. Bain's request.

5. For the purpose of computing time under 18 U.S.C. § 3161 et seq. (Speedy Trial Act), the parties request that the time period between December 11, 2025 and January 15, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Bain in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 4, 2025

/s/ Hootan Baigmohammadi
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Bain

Date: December 4, 2025

ERIC GRANT
United States Attorney

/s/ Douglas Harman
DOUGLAS HARMAN
Assistant United States Attorney
Attorneys for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: December 4, 2025

_____
Troy L. Nunley
Chief United States District Judge