HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Bain

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No.  2:25-cr-205-TLN |
| Plaintiff, | ) **STIPULATION AND ORDER TO CONTINUE** |
| | ) **STATUS HEARING AND EXCLUDE TIME** |
| vs. | ) |
| | ) Date: December 11, 2025 |
| ROLAND EDWARD BAIN, | ) Time: 9:30 a.m. |
| | ) Judge: Hon. Troy L. Nunley |
| Defendant. | ) |
| | ) |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Attorney Douglas Harman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Roland Edward Bain, that the currently scheduled Status Hearing set for January 15, 2026 be continued to **February 26, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1.    On August 28, 2025, Mr. Bain was arraigned on charges of sexual exploitation of a minor.

2.    The government has produced 468 pages and fourteen native files of discovery.

3.    Mr. Bain moves to continue the Status Conference to the above-mentioned date to have the opportunity to review all discovery, investigate, and maintain continuity of counsel. Defense counsel is currently working through discovery with Mr.

Stipulation and Order to Continue Status
Hearing and Exclude Time

-1-

*United States v. Bain*,
2:25-cr-205-TLN

Bain. He is also preparing for trial in another case that is set to commence on February 2, 2026. The workload demands of defense counsel have been significant.

4. The government does not object to Mr. Bain's request.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between January 15, 2026 and February 26, 2026, inclusive, be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Bain in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 12, 2026          */s/ Hootan Baigmohammadi*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Bain

Date: January 12, 2026          ERIC GRANT
Acting United States Attorney

*/s/ Douglas Harman*
DOUGLAS HARMAN
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Hearing and Exclude Time                    -2-                    *United States v. Bain*,
2:25-cr-205-TLN

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: January 12, 2026

_____
Troy L. Nunley
Chief United States District Judge