HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Bain

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  2:25-cr-00205-TLN |
| Plaintiff, | ) ) | **STIPULATION AND ORDER TO CONTINUE** |
| vs. | ) ) | **JUDGMENT AND SENTENCING** |
| ROLAND EDWARD BAIN, | ) ) | Date:  June 18, 2026 Time:  9:30 a.m. |
| Defendant. | ) ) ) | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Douglas Harman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Roland Edward Bain, that the Judgment and Sentencing currently set for June 18, 2026, at 9:00 a.m. be continued to **September 17, 2026 at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Bain moves to continue the Judgement and Sentencing for compelling reasons. Defense counsel just completed a jury trial in another case and has been unable to devote sufficient time to the instant matter for the past month. He also plans to have Mr. Bain evaluated for sentencing mitigation purposes. He needs additional time to adequately prepare for Mr. Bain's sentencing.

2. The government does not object to the continuance.

Stipulation and Order to Continue                    -1-                    *United States v. Bain*,
2:25cr205-TLN

3.   Mr. Bain requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

**Draft PSR**                                    completed

**Informal Objections**                          August 20, 2026

**Final PSR**                                     August 27, 2026

**Formal Objections**                            September 3, 2026

**Response to Formal Objections**                September 10, 2026

**Judgment and Sentencing**                      September 17, 2026 at 9:30 a.m.


Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: May 27, 2026          */s/  Hootan Baigmohammadi*
                            HOOTAN BAIGMOHAMMADI
                            Assistant Federal Defender
                            Attorneys for Defendant
                            Mr. Bain


Date: May 27, 2026          ERIC GRANT
                            United States Attorney

                            */s/ Douglas Harman*
                            DOUGLAS HARMAN
                            Assistant United States Attorney
                            Attorneys for Plaintiff

Stipulation and Order to Continue                -2-                *United States v. Bain*,
                                                                    2:25cr205-TLN

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: May 28, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE