HEATHER E. WILLIAMS, SBN 122664
Federal Defender
HOOTAN BAIGMOHAMMADI, SBN 279105
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
Mr. Bain

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>ROLAND EDWARD BAIN,<br>Defendant. | Case No. 2:25-cr-205-TLN<br><br>**STIPULATION AND ORDER TO CONTINUE JUDGMENT AND SENTENCING**<br><br>Date: September 17, 2026<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Eric Grant, through Assistant United States Douglas Harman, counsel for Plaintiff, and Federal Defender Heather Williams, through Assistant Federal Defender Hootan Baigmohammadi, counsel for Defendant Roland Edward Bain, that the Judgment and Sentencing currently set for September 17, 2026, at 9:30 a.m. be continued to **December 10, 2026, at 9:30 a.m.**

The parties specifically stipulate as follows:

1. Mr. Bain moves to continue the Judgement and Sentencing for compelling reasons. Defense counsel is in the process of having Mr. Bain evaluated for sentencing mitigation purposes. The retained expert is saturated with work and has indicated that the earliest that he can complete his evaluation would be in time for sentencing in December 2026. Mr. Bain needs additional time to adequately prepare for sentencing.
2. The government does not object to the continuance.

3. Mr. Bain requests that the Court modify the sentencing schedule as follows. The dates are agreeable with the government and U.S. Probation.

| | |
|---|---|
| **Draft PSR** | completed |
| **Informal Objections** | November 12, 2026 |
| **Final PSR** | November 19, 2026 |
| **Formal Objections** | November 26, 2026 |
| **Response to Formal Objections** | December 3, 2026 |
| **Judgment and Sentencing** | December 10, 2026, at 9:30 a.m. |

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: July 28, 2026

*_/s/ Hootan Baigmohammadi_*
HOOTAN BAIGMOHAMMADI
Assistant Federal Defender
Attorneys for Defendant
Mr. Bain

Date: July 28, 2026

ERIC GRANT
United States Attorney

*_/s/ Douglas Harman_*
DOUGLAS HARMAN
Assistant United States Attorney
Attorneys for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

DATED: July 30, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE